# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Guillermo Perez-Hernandez,<br>    Plaintiff,<br><br>v.<br><br>          and<br><br>Fox Valley Masonary Inc. and<br>Pawel Walaszek<br>    Defendants. | Case No. 1:22-cv-02112 |

## JOINT MOTION TO DISMISS

The Parties, by and through their respective attorneys of record, submit the following Motion to Dismiss, and state:

The Parties have resolved this matter, and they request that the matter be dismissed *without prejudice*, which dismissal shall convert to *with prejudice* on July 15, 2023 by its own operation unless any party files a motion to reinstate the case. Additionally, the Parties have a joint status report due June 23, 2022, and a status hearing set for June 28, 2022. The Parties request that these dates be stricken.

**Plaintiff**

/Daniel I. Schlade
Daniel I. Schlade (ARDC No. 6273008)
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com

**Defendants**

s/Lance Ziebel
1933 North Meacham Road
Suite 600
Schaumburg, Illinois 60173
Phone: 847-705-7555
Fax: 847-705-9960