## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Guillermo Perez–Hernandez

                                         Plaintiff,

v.                                              Case No.: 1:22–cv–02112
                                              Honorable Sharon Johnson Coleman

Fox Valley Masonary Inc, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 27, 2022:

       MINUTE entry before the Honorable Sharon Johnson Coleman: The Court is in receipt of the parties' joint motion to dismiss [9], which states that the parties have resolved the matter. The parties' motion [9] is granted as follows: Case is dismissed without prejudice until 07/15/2023. If no motion to reinstate is filed by that time, the dismissal shall automatically convert to one with prejudice with no further action by the Court. The telephone status hearing set for 06/28/2022 and initial joint status report deadline [3] are stricken. A telephone status hearing is set for 12/16/2022 at 9:30 AM. The call–in number is (877)336–1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.